**Vivian A. ANDERSON, Plaintiff— Appellant,**

v.

**Robert L. PRESSLEY; Cynthia Harris; Anthony Q. McKinney; Gretchen Brown; Oakwood College, doing business as Global Cohesive Economics (GCE), Partners N Leveraging (PNL) 202020 Vision (20V), Defendants—Appellees.**

No. 05–1780.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 22, 2005.

Decided: Dec. 1, 2005.

Vivian A. Anderson, Appellant Pro Se. Heather Ann Mullen, Kaufman & Canoles, Norfolk, Virginia, for Appellee.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vivian A. Anderson appeals the district court's order dismissing her civil action for lack of service and imposing a prefiling injunction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Anderson v. Pressley*, No. CA–05–30–2 (E.D. Va. June 21, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*